■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

RALPH CORREA, Appellant. [608 NYS2d 802] —Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered December 14, 1989, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him, as a second violent felony offender, to a term of 5 to 10 years, unanimously affirmed.

Since the identification was not police-arranged, suppression was properly denied *(People v Gissendanner,* 48 NY2d 543, 552).

We find nothing in the record to indicate that defendant was "compelled" to conduct jury selection prior to the *Wade* hearing. Moreover, any irregularity under CPL 710.40 (3) was waived by defendant's failure to object *(People v Melendez,* 141 AD2d 860, *lv denied* 73 NY2d 788). Concur—Carro, J. P., Ellerin, Kupferman and Ross, JJ.